# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
TALITHA PASS

## DEFENDANTS
MERCANTILE ADJUSTMENT BUREAU, LLC

**(b)** County of Residence of First Listed Plaintiff __PHILADELPHIA__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) Cary L. Flitter, Esq., and Theodore E. Lorenz, Esq., Flitter Lorenz, P.C., 450 N. Narberth Avenue, Suite 101, Narberth, PA 19072, (610) 822-0782

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: FDCPA, 15 U.S.C. § 1692

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint
**JURY DEMAND:** ☒ Yes ☐ No.

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 8/11/14
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U. S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U. S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.    Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**        Example:        U.S. Civil Statute: 47 USC 553
                                                                  Brief Description: Unauthorized reception of cable service

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**APPENDIX I**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| TALITHA PASS | : | CIVIL ACTION |
| V. | : | |
| MERCANTILE ADJUSTMENT BUREAU, LLC | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)  Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.     (   )

(b)  Social Security – Cases requesting review of a decision of the Secretary of Health
     and Human Services denying plaintiff Social Security Benefits                (   )

(c)  Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( X )

(d)  Asbestos – Cases involving claims for personal injury or property damage from
     exposure to asbestos.                                                         (   )

(e)  Special Management – Cases that do not fall into tracks (a) through (d) that are
     commonly referred to as complex and that need special or intense management
     by the court. (See reverse side of this form for a detailed explanation of special
     management cases)                                                             (   )

(f)  Standard Management – Cases that do not fall into any one of the other tracks.  (   )

8/11/14                                                            ANDREW M. MILZ
**Date**           **Attorney at Law**                           **Attorney for Plaintiff**

(610) 822-0782         (610) 667-0552                             AMILZ@consumerslaw.com
**Telephone**          **Fax Number**                             **E-Mail Address**
(Civ.660) 10/02

UNITED STATES DISTRICT COURT    APPENDIX F

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff:  10754 Jeanes Street, Floor #1, Philadelphia, PA 19116

Address of Defendant:  165 Lawrence Bell Drive, Suite 100, Williamsville, NY 14221-7900

Place of Accident, Incident or Transaction:  10754 Jeanes Street, Floor #1, Philadelphia, PA 19116
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes ☐   No ☒

Does this case involve multidistrict litigation possibilities?    Yes ☐   No ☒

*RELATED CASE, IF ANY:*

Case Number: _____    Judge: _____    Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) FDCPA, 15 U.S.C. § 1692

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability (Asbestos)
9. ☐ All other Diversity Cases
    (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought

DATE: _____    _____    _____
                          Attorney-at-Law       Attorney I.D.

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 8/11/14    _____    207715
CIV.609 (4/03)    Attorney-at-Law    Attorney I.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TALITHA PASS<br>10754 Jeanes Street, Floor #1<br>Philadelphia, PA 19116<br>      Plaintiff,<br><br>vs.<br><br>MERCANTILE ADJUSTMENT<br>BUREAU, LLC<br>165 Lawrence Bell Drive, Suite 100<br>Williamsville, NY 14221-7900<br>      Defendant. | CIVIL ACTION<br><br><br><br><br>NO. |

## COMPLAINT

### I. INTRODUCTION

1. This is a consumer protection action for damages brought pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 ("FDCPA"). The FDCPA prohibits debt collectors from engaging in deceptive and unfair practices in the collection of consumer debt.

2. Defendant debt collector has sent a collection notice to Plaintiff that misrepresents the tax implications of settlement of the consumer debt claimed due. Defendant deceptively injects its collection letter with statements about the IRS and IRS form 1099C which, under no circumstances, can have any bearing on the debt claimed due.

3. Defendant has violated the FDCPA by using false and deceptive representations in the collection of consumer debt.

### II. JURISDICTION

4. Jurisdiction arises under the FDCPA, 15 U.S.C. §1692k, and 28 U.S.C. §§1331 and 1337.

1

5.      *In personam* jurisdiction exists and venue is proper, as Defendant does business in this district.

### III.    PARTIES

6.      Plaintiff Talitha Pass is a consumer who resides in Philadelphia, Pennsylvania at the address captioned above.

7.      Defendant Mercantile Adjustment Bureau, LLC. ("Mercantile") is a domestic limited liability company with a business address in Williamsville, NY.

8.      Mercantile regularly uses the mail and telephone to attempt to collect consumer debts alleged to be due another.

9.      Mercantile regularly engages in business in the Eastern District of Pennsylvania.

10.     Mercantile is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. §1692a(6).

### IV.    STATEMENT OF CLAIM

11.     On April 2, 2014, Defendant Mercantile sent Plaintiff a communication in connection with an old consumer debt allegedly due to a debt-buyer called Galaxy Asset Purchasing, LLC. (*See* correspondence from Mercantile attached hereto as Exhibit "A", redacted per Fed. R. Civ. Pro. 5.2).

12.     The collection communication listed a "Current Balance: $222.09."

13.     The April 2, 2014 letter goes on to state:

"Depending on the amount of principal debt forgiveness, our client may be required by law to report the settlement on a Form 1099c. You should consult with an independent tax advisor if you have questions about the possible tax consequences which may result from this settlement."

(*See* Exhibit "A").

2

14. The above statement is false, deceptive and misleading in the context of this collection letter seeking "$222.09".

15. Section 6050P of the Internal Revenue Code and its regulations require that an "applicable entity" report any cancellation or discharge of indebtedness in excess of $600.00 if there has occurred an "identifiable event" described in paragraph (b)(2) of that section.

16. With a debt in the amount of $222.09, as claimed here, there could <u>never</u> be any discharge over $600.00 sufficient to trigger the issuance of a 1099C.

17. As a 1099C would never issue in relation to this debt, the presence of the language about the IRS and form 1099C serves only to deceive and intimidate.

18. The gratuitous reference in a collection letter that a creditor is required to provide information on the consumer to the IRS is a collection ploy which suggests involvement of the IRS to the least sophisticated consumer.

## COUNT I – FAIR DEBT COLLECTION PRACTICES ACT

19. Plaintiff repeats the allegations set forth above as if the same were set forth at length herein.

20. Defendant violated the FDCPA by sending the April 2, 2014 collection notice to Plaintiff which:

    a. Makes false, deceptive, or misleading representations or statements in connection with the collection of consumer debt, 15 U.S.C. § 1692e; and

    b. Engages in false representation and deceptive means to collect a consumer debt, 15 U.S.C. §1692e(10).

**WHEREFORE**, Plaintiff Talitha Pass demands judgment against Defendant Mercantile Adjustment Bureau LLC, for:

3

  (a) Damages;

  (b) Attorney's fees and costs; and

  (c) Such other and further relief as the Court shall deem just and proper.

V. **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury as to all issues so triable.

             Respectfully submitted:

Date: 8/11/14

             CARY L. FLITTER
             THEODORE E. LORENZ
             ANDREW M. MILZ
             Attorneys for Plaintiff

             **FLITTER LORENZ P.C.**
             450 N. Narberth Avenue, Suite 101
             Narberth, PA  19072
             (610) 822-0782

# EXHIBIT "A"

35A RUST LANE
BOERNE, TX 78006-8202





MERCANTILE

| Current Creditor: | GALAXY ASSET PURCHASING, LLC |
|---|---|
| Original Creditor: | SANFORD-BROWN, LIMITED |
| Account Number: | ****************2863 |
| Reference Number: | 1 151 |
| Current Balance: | $222.09 |
| Amount Enclosed: $ | |

Date: 04/02/2014

**Office Hours (Eastern Time):**
Monday-Thursday    8:00 am - 9:00 pm
Friday                     8:00 am - 5:00 pm

SF01-W3        1 MB   *A-02-EFH-AM-02398-13

PASS, TALITHA
10754 JEANES ST FL 1
PHILADELPHIA PA 19116-3316

**Please send payments or correspondence to:**
Mercantile Adjustment Bureau, LLC
PO Box 9055
Williamsville NY 14231-9055

---

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

Date: 04/02/2014

Talitha Pass,

Your account with GALAXY ASSET PURCHASING, LLC has been listed with our office for collection. The balance due is $222.09.

Please be advised that our client has authorized us to offer you substantial savings to settle this account. We will accept $123.00 if payment is received by 05/18/2014. Contact our office for more information.

Depending on the amount of principal debt forgiveness, our client may be required by law to report the settlement on a Form 1099c. You should consult with an independent tax advisor if you have questions about the possible tax consequences which may result from this settlement.

Visit **www.mercantilesolutions.com** to access your account information or make online payments.

Sincerely,

Rich Russell
Phone Number: 1-866-851-0083

The account balance may periodically increase due to the addition of accrued interest or other charges as provided in your agreement with the original creditor or as otherwise provided by law.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Calls to or from this company may be monitored or recorded for quality assurance purposes.

### SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Mercantile Adjustment Bureau, LLC   165 Lawrence Bell Drive, Suite 100   Williamsville, NY 14221-7900   1-866-851-0083

## GALAXY ASSET PURCHASING, LLC

### PRIVACY NOTICE

This notice is being forwarded to you in compliance with the Gramm-Leach-Bliley Privacy Act. This notice has no reflection or bearing upon the status of your account.

The privacy and security of your personal information is important to Galaxy Asset Purchasing, LLC ("GAP"). GAP does not share information about you with anyone, except as permitted by law. This notice will inform you about GAP's policies and procedures concerning the personal information about you that GAP obtains, maintains and discloses in connection with the account(s) of yours that GAP owns or owned. GAP collects nonpublic personal information about you that is obtained from one or more of the following sources:

1. Information GAP received from companies that sold GAP your account(s) (for example, applications, contracts, checks and other related forms or documents regarding your dealings with your original creditor);
2. Information about your transactions with GAP's affiliates; and
3. Information from skip tracing companies or consumer reporting agencies.

INFORMATION GAP MAY SHARE WITH GAP'S AFFILIATES - GAP may share identification (such as name and address), information about GAP's transactions and experiences with you (such as payment history), and information that does not identify you, with GAP's affiliates. By sharing this information, GAP is better able to service your accounts.

INFORMATION GAP MAY SHARE WITH NONAFFILIATED COMPANIES - GAP shares all of the information GAP collects about you, as described above, with nonaffiliated companies, as permitted by law, to assist in the servicing of your account(s). For example, GAP:

1. May share information about you with companies that GAP uses to perform account servicing functions to manage and maintain your account and to process transactions that you have authorized; and
2. May report information about you to consumer reporting agencies, government agencies in response to a subpoena, or others in connection with investigations. (For example, if your account is closed as a result of a payment, settlement or otherwise, GAP reports this to consumer reporting agencies.)

Because GAP respects your privacy, GAP does not sell, trade or otherwise disclose your identity or any other personal information about you to third parties for their marketing purposes.

CONFIDENTIALITY AND SECURITY OF YOUR ACCOUNT - GAP restricts access to nonpublic personal information about you to only those employees who need to know such information, and third party service providers who provide support services to GAP. GAP maintains physical, electronic and procedural safeguards to protect your personal information. If GAP uses other companies to provide services for GAP, GAP requires them to keep the information GAP shares with them safe and secure and GAP does not allow them to use or share the information for any purpose other than the job they are hired to do.

FURTHER INFORMATION: For additional information concerning GAP's privacy policy, you may write to GAP at: Galaxy Asset Purchasing, LLC, Attn: GLB Department: 101 Convention Center Drive Suite 700 Las Vegas, Nevada 89109